1

2    Glenn Zuckerman
     **WEITZ & LUXENBERG, PC**
3    700 Broadway
     New York, New York 10003
4    Telephone: 212-558-5000
     Facsimile: 212-344-5461
5    Attorneys for Plaintiffs

6

7

8                           UNITED STATES DISTRICT COURT
9
                            NORTHERN DISTRICT OF CALIFORNIA
10

11

12   This Document Relates to:                    )
                                                   )
13   *Donald Whitman, et al. v. Pfizer Inc*        )   **MDL NO. 1699**
     *(06-1350 CRB)*                               )   **District Judge:  Charles R. Breyer**
14                                                 )
     *Mildred Hance v. Pfizer Inc, et al.*         )
15   *(06-1718 CRB)*                               )
                                                   )
16   *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
     *(06-2621 CRB)*                               )   **DISMISSAL WITH PREJUDICE**
17                                                 )
     *Rafaela Roman Velez, et al. v. Astra Merck,* )
18   *Inc., et al.*                                )
     *(06-2649 CRB)*                               )
19                                                 )
     *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20   *Inc., et al.*                                )
     *(06-2658 CRB)*                               )
21                                                 )
     *Teresita Falcon Matos, et al. v. Astra Merck,* )
22   *Inc., et al.*                                )
     *(06-2660 CRB)*                               )
23                                                 )
     *Ronny Maria Sanders, et al. v. Pfizer Inc*   )
24   *(06-2681 CRB)*                               )
                                                   )
25   *Lori Sargent et al. v. Pfizer Inc*           )
     *(06-3675 CRB)*                               )
26                                                 )
     *James Hall, et al. v. Pfizer Inc*            )
27   *(06-3676 CRB)*                               )
                                                   )
28   *John Hayhurst v. Pfizer Inc, et al.*         )

                                        -1-

EAST\42581180.1

| | |
|---|---|
| 1 | (06-3758 CRB) ) |
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* ) |
| 3 | (06-3958 CRB) ) |
| 4 | *Patricia Knudsen v. Pfizer Inc, et al.* ) (06-4043 CRB) ) |
| 5 | *Betty Moncrief, et al. v. Pfizer Inc, et al .* ) (06-4100 CRB) ) |
| 6 | *Annette Edelen, et al. v. Pfizer Inc, et al.* ) |
| 7 | (06-4147 CRB) ) |
| 8 | *Debbie Mitchell v. Pfizer Inc, et al.* ) (06-4296 CRB) ) |
| 9 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* ) |
| 10 | (06-4362 CRB) ) |
| 11 | *Demetrio Rubio v. Pfizer Inc, et al.* ) (06-4449 CRB) ) |
| 12 | *Earlene McBride, et al. v. Pfizer Inc, et al.* ) |
| 13 | (06-4462 CRB) ) |
| 14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* ) (6-4463 CRB) ) |
| 15 | *Virginia Thorne v. Pfizer Inc, et al.* ) |
| 16 | (06-4464 CRB) ) |
| 17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* ) (06-4586 CRB) ) |
| 18 | *Annie White, et al. v. Pfizer Inc, et al.* ) |
| 19 | (06-4678 CRB) ) |
| 20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* ) (06-4920 CRB) ) |
| 21 | *Janette Smith v. Pfizer Inc, et al.* ) |
| 22 | (06-4977 CRB) ) |
| 23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* ) (06-5272 CRB) ) |
| 24 | *Dawna Garza v. Pfizer Inc, et al.* ) |
| 25 | (06-5416 CRB) ) |
| 26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* ) (06-5591 CRB) ) |
| 27 | *Albert Leong v. Pfizer Inc, et al.* ) |
| 28 | (06-5666 CRB) ) |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.* )<br>(06-5738 CRB) ) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.* )<br>(06-5739 CRB) ) |
| 4 | |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.* )<br>(06-5740 CRB) ) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.* )<br>(06-5765 CRB) ) |
| 7 | |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.* )<br>(06-5777 CRB) ) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.* )<br>(06-5916 CRB) ) |
| 10 | |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.* )<br>(06-5917 CRB) ) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.* )<br>(06-5918 CRB) ) |
| 13 | |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.* )<br>(06-5919 CRB) ) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.* )<br>(06-5963 CRB) ) |
| 16 | |
| 17 | *John Roof v. Pfizer Inc, et al.* )<br>(06-5964 CRB) ) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.* )<br>(06-5965 CRB) ) |
| 19 | |
| 20 | *Ernest Grant v. Pfizer Inc, et al.* )<br>(06-5970 CRB) ) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.* )<br>(06-5973 CRB) ) |
| 22 | |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.* )<br>(06-5975 CRB) ) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.* )<br>(06-5977 CRB) ) |
| 25 | |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.* )<br>(06-5978 CRB) ) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.* )<br>(06-5981 CRB) ) |
| 28 | |

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW25811B0.1

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.*<br>(06-5983 CRB) |
| 2 | |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.*<br>(06-6058 CRB) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.*<br>(06-6059 CRB) |
| 5 | |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.*<br>(06-6060 CRB) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*<br>(06-6061 CRB) |
| 8 | |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.*<br>(06-6062 CRB) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.*<br>(06-6064 CRB) |
| 11 | |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.*<br>(06-6065 CRB) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.*<br>(06-6066 CRB) |
| 14 | |
| 15 | *Mark Childs v. Pfizer Inc, et al.*<br>(06-6067 CRB) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*<br>(06-6068 CRB) |
| 17 | |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.*<br>(06-6070 CRB) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*<br>(06-6071 CRB) |
| 20 | |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.*<br>(06-6073 CRB) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.*<br>(06-6075 CRB) |
| 23 | |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.*<br>(06-6083 CRB) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.*<br>(06-6084 CRB) |
| 26 | |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.*<br>(06-6087 CRB) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* |

-4-

1  (06-6088 CRB)                                    )
2  *Lynn Hodges, et al. v. Pfizer Inc, et al.*       )
   (06-6089 CRB)                                    )
3                                                    )
   *Willie Vaughn v. Pfizer Inc, et al.*             )
4  (06-6092 CRB)                                    )
                                                     )
5  *Pauline Swihart, et al. v. Pfizer Inc, et al.*   )
   (06-6093 CRB)                                    )
6                                                    )
   *Douglas Horton v. Pfizer Inc, et al.*            )
7  (06-6094 CRB)                                    )
                                                     )
8  *June N. Bell v. Pfizer Inc, et al.*              )
   (06-6095 CRB)                                    )
9                                                    )
   *Jerry Rice, et al. v. Pfizer Inc, et al.*        )
10 (06-6096 CRB)                                    )
                                                     )
11 *Stephen Bryan, et al. v. Pfizer Inc, et al.*     )
   (06-6097 CRB)                                    )
12                                                   )
   *Steven Woods, et al. v. Pfizer Inc, et al.*      )
13 (06-6098 CRB)                                    )
                                                     )
14 *Brad Lovitt, et al. v. Pfizer Inc, et al.*       )
   (06-6116 CRB)                                    )
15                                                   )
   *April Froehlich, et al. v. Pfizer Inc, et al.*   )
16 (06-6117 CRB)                                    )

17     Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20 each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EASTW2581180.1

DATED: 10 - 29 , 2009       By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009       By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/112560v.1

EAST\42581180.1